ACCEPTED
13-20-00167-CV
THIRTEENTH COURT OF APPEALS
CORPUS CHRISTI, TEXAS
3/26/2020 3:11 PM
Kathy S. Mills
CLERK

## AFFIDAVIT OF INDIGENCE

**1. Identify the party filing the affidavit**

FILED IN
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS
3/26/2020 3:11:35 PM
KATHY S. MILLS
Clerk

Richard Uribe

**2. Must state what amount of costs, if any, the party can pay.**

$0

**3. The affidavit must also contain complete information about:**

**(1) the nature and amount of the party's current employment income, government-entitlement income, and other income;**

**a.**

$0.  Restaurant operation shut down due to COVID-19 Shelter In Place Order.

**b. (2) the income of the party's spouse and whether that income is available to the party;**

Spouse employment with Dental Office also recently unemployed due to COVID-19.

**c. (3) real and personal property the party owns;**

Homestead and one vehicle.  Both are encumbered with liens.

**d. (4) cash the party holds and amounts on deposit that the party may withdraw;**

All accounts $0.

**e. (5) the party's other assets;**

None.

**f. (6) the number and relationship to the party of any dependents;**

4 dependents, Richard Jr., Kaitlin, Lauren, Jose

**g. (7) the nature and amount of the party's debts;**

- Homestead approx. $200,000

- Vehicle approx. $54,000
- Loans approx. $96,000

**h. (8) the nature and amount of the party's monthly expenses;**

- $2,200/month homestead
- $950/month car
- $2,000/month approx.loans
- $1,000/month approx. living expense

**i. (9) the party's ability to obtain a loan for court costs;**

None

**j. (10) whether an attorney is providing free legal services to the party without a contingent fee;**

On contingency.

**k. (11) whether an attorney has agreed to pay or advance court costs; and**

He has not.

**l. (12) if applicable, the party's lack of the skill and access to equipment necessary to prepare the appendix, as required by Rule 38.5(d).**

N/A

Signed,

RICHARD URIBE
March 26, 2020

THE STATE OF TEXAS  §

COUNTY OF  Cameron  §

This instrument was subscribed, sworn to, and acknowledged before me this 26th day of March, 2020, by Richard Drike, an individual.

(SEAL)

BELINDA L RODRIGUEZ
Notary Public
State of Texas
ID # 677957-8
My Comm. Expires 10-31-2020

Notary Public, State of Texas

My Commission Expires:

Notary Name Printed or Typed: